UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT JAMES

                            plaintiff

-against-

CITY OF NEW YORK; DETECTIVE GEORGE
WOLFROM; SERGEANT RAYMOND MARTINEZ;
DETECTIVE WALIUR RAHMAN; SERGEANT
DWIGHT SMITH; DETECTIVE DARNAY
HARRIS; DETECTIVE JOHN GAMBLE;
DETECTIVE CHARLES HARMON; DETECTIVE
DAVID LUPPINO; DETECTIVE JARRETT;
LEMIEUX; DETECTIVE JOHN SCHABHUTTL,

                            Defendant's

------------------------------------x

AMENDMENT
TO COMPLAINT

08 Civ.3307 (DLI)(LB)

Jury Trial Demanded

      PLEASE TAKE NOTICE that, upon leave by Honorable Lois Bloom, I, Robert James, pro se Plaintiff, hereby and herein make the following, above entitled, AMENDMENT to the complaint before this court: All names listed below has been added to AMENDED COMPLAINT. The following are all being sued in their own individual capacity.

        Sergeant Dwight Smith,
        Shield No. 4019;

        Detective Darnay Harris,
        Shield No. 6191;

        Detective John Gamble,
        Shield No. 2822;

        Detective Charles Harmon,
        Shield No. 4219;

        Detective David Luppino,
        Shield No. 4762;

        at One Police Plaza, Room 1100
           New York, NY 10038, and

Detective Jarrett Lemieux
Shield No. 6258;
One Police Plaza Room 1310
New York, NY 10038; and,

Detective Jhon Schabhuttl,
Shield No. 4482
Brooklyn, Courts Section
210 Joralemon Street
Brooklyn, NY 11201

RESPECTFULLY SUBMITTED

*Robert James*

Robert James - Plaintiff
06-A-5071
Upstate Correctional Facility
P.O. Box 2001, 309 Barehill Road
Malone, New York 12953

Dated:   Malone, N.Y.
         April 20, 209

CC:   Mr. Michael A. Cardozo
      Corporation Counsel
      City Of New York
      100 Church Street (Room 3-143)
      New York, New York 10007